# ALLIANCE FOR Creativity and Entertainment

www.alliance4creativity.com

Mr. Dani Bacsa
Senior Vice President and Deputy Chief
of Content Protection
Motion Picture Association, Inc.,
On Behalf of the Alliance for Creativity
and Entertainment

15301 Ventura Blvd., Building E
Sherman Oaks, CA 91403

Phone: (202) 378-9199
Email: enforcement@global.motionpictures.org

August 22, 2024

VIA EMAIL
Zenlayer, Inc.
abuse@zenlayer.com
21700 Copley Drive Suite 350
Diamond Bar, CA 91765
Designated Agent: GSC-US

Re:     Notice of Infringement Regarding Certain Zenlayer Users

Dear Whom it May Concern:

I am writing on behalf of the Alliance for Creativity and Entertainment ("ACE").

ACE is a global coalition of leading content creators and on-demand entertainment services committed to supporting the legal marketplace for video content and addressing the challenge of online piracy.  ACE includes some of the world's largest and most respected motion picture and television rights owners including, among many others, Paramount Pictures Corporation, Sony Pictures Entertainment Inc., Universal City Studios LLC, Walt Disney Studios Motion Pictures, Warner Bros. Entertainment Inc., Amazon Content Services LLC and Netflix Studios, LLC (together, the "ACE Members").

ACE is organized for the purpose of preventing and mitigating online theft of copyrighted films and television programs, and undertakes initiatives to identify and take action against piracy threats to create an online environment in which copyrighted film and television content is more secure and online content theft can be addressed more effectively and efficiently.

The ACE Members, whether themselves or through subsidiaries and affiliates, own or are the exclusive licensees of copyrights in a vast library of motion pictures and television programs (the "Copyrighted Works").





![Alliance for Creativity and Entertainment]

**www.alliance4creativity.com**

We have determined that users of your system or network have infringed certain ACE Members' Copyrighted Works via the below-referenced Websites:

| No | Infringing Website | Infringed Title 1 | Infringed Title 2 | Infringing Content Hosted at IP |
|---|---|---|---|---|
| 1 | Magis TV v5.7.10 (Application)<br><br>magistv.video (Website)<br><br>magistv.cool/apps/magis-celular.apk?magistv.video (Download Site) | Top Gun: Maverick | Frozen | 107.151.149.194 (Zenlayer) |

Enclosed is a subpoena compliant with the Digital Millennium Copyright Act. The subpoena requires that you provide information concerning the individuals offering infringing material described in the attached notice. As is stated in the attached subpoena, you are required to disclose to the Motion Picture Association, Inc. (on behalf of the ACE Members) information sufficient to identify the infringers. This would include the individuals' names, physical addresses, IP addresses, telephone numbers, e-mail addresses, payment information, account updates and account history.

We are providing this notice based on our good faith belief that the use of motion pictures and television programs owned by the ACE Members in the manner occurring via the websites identified below is not authorized by the copyright owners, their agents, or the law. The information in this notification is accurate and, under penalty of perjury, we are authorized to act on behalf of the ACE Members, which own or control exclusive rights under copyright that are being infringed in the manner described herein. This letter is without prejudice to the rights and remedies of the ACE Members, including to recover damages and any other claims for relief, all of which are expressly reserved.

           
            
              
          



**www.alliance4creativity.com**

If you have any questions, please contact me at (202) 378-9199, or via email at enforcement@global.motionpictures.org.

Very truly yours,

_____

Dani Bacsa
Senior Vice President & Deputy Chief of Content Protection
Motion Picture Association, Inc.

Attachment and Enclosure




